**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Serviços de Petróleo Constellation S.A. * | |
| 2. Debtor's unique identifier | **For non-individual debtors:** <br> ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __ <br> ☑ Other 30.521.090/0001-27. Describe identifier Brazil Tax Id <br> **For individual debtors:** <br> ☐ Social Security number: xxx – xx– __ __ __ __ <br> ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __ <br> ☐ Other _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | Andrew Childe | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Brazilian Recuperação Judicial ("RJ") | |
| 5. Nature of the foreign proceeding | Check one: <br> ☐ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br> ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> Copy and translation of the Debtor's filed RJ Petition; resolution and POA appointing the foreign representative | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☑ Yes | |

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 1

*Formerly known as Queiroz Galvão Óleo e Gás S.A.

Debtor    Serviços de Petróleo Constellation S.A.
_____Name_____

Case number (if known)_____

8. **Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

Country where the debtor has the center of its main interests:

Brazil

Debtor's registered office:

Avenida Presidente Antonio Carlos
Number    Street

No. 51, 5th Floor
P.O. Box

Centro, Rio de Janeiro, 20020-010
City    State/Province/Region    ZIP/Postal Code

Brazil
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

FFP(Cayman) Ltd, 42 North Church St
Number    Street

2nd Floor Harbour Centre
P.O. Box

George Town
City    State/Province/Region    ZIP/Postal Code

Grand Cayman, Cayman Islands
Country

10. **Debtor's website** (URL)    http://www.qgogconstellation.com/

11. **Type of debtor**

Check one:

☐ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify:  A Brazilian Public Limited Company

☐ Individual

Debtor  Serviços de Petróleo Constellation S.A.  Case number (if known) _____
        Name

12. **Why is venue proper in this district?**

    Check one:

    ☑ Debtor's principal place of business or principal assets in the United States are in this district.

    ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
    _____

    ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
    _____

13. **Signature of foreign representative(s)**

    I request relief in accordance with chapter 15 of title 11, United States Code.

    I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct,

    X _____      Andrew Childe
    Signature of foreign representative       Printed name

    Executed on  12/06/2018
                 MM / DD / YYYY

    X _____      _____
    Signature of foreign representative       Printed name

    Executed on  _____
                 MM / DD / YYYY

14. **Signature of attorney**

    X _____      Date  12/06/2018
    Signature of Attorney for foreign representative   MM / DD / YYYY

    Thomas MacWright
    Printed name
    White & Case LLP
    Firm name
    1221 Avenue of the Americas
    Number    Street
    New York                              NY          10020
    City                                  State       ZIP Code

    (212) 819-2532                        tmacwright@whitecase.com
    Contact phone                         Email address

    5045356                               NY
    Bar number                            State